**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANGELA RENEE BIDDLE                                                                           PLAINTIFF

v.                                         NO.  4:14CV00060

MIDLAND FUNDING, LLC;
MIDLAND CREDIT MANAGEMENT, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and EQUIFAX INFORMATION SERVICES, LLC                                          DEFENDANTS

## ORDER

The law firm of Quattlebaum, Grooms, Tull & Burrow, PLLC appears on Judge Holmes's recusal list.  E. B. Chiles, IV, of the Quattlebaum Firm, entered an appearance as counsel of record for defendant Experian Information Solutions, Inc., in this matter on March 11, 2014.  The Court directs the Clerk to assign this action to another judge.

Dated this 11th day of March, 2014.

                                                                    AT THE DIRECTION OF THE COURT
                                                                    JAMES W. McCORMACK, CLERK

                                                                    BY: /s/ Cory Wilkins
                                                                          Courtroom Deputy to
                                                                          U.S. District Judge J. Leon Holmes