IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA RENEE BIDDLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:14CV00600 SWW |
| | * | |
| MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; EXPERIAN INFORMATION SOLUTIONS INC; and EQUIFAX INFORMATION SERVICES LLC; | * | |
| | * | |
| Defendants. | * | |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on May 27, 2014, and the Memorandum and Order entered in this matter on this date, Plaintiff Angela Renee Biddle's claims are dismissed with prejudice.

DATED this 13th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE